UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>JENNIFER CYR,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>1:25-cv-00150-LEW |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The parties requested another mediation by September 22, 2025 and are awaiting information regarding the second mediation session scheduling information.

Dated this October 27, 2025.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

    Dated at Portland, Maine, this October 27, 2025.

                                    /s/ *Kevin J. Crosman*
                                    _____
                                    Kevin J. Crosman, Bar No. 4279
                                    Attorney for Plaintiff