UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>JENNIFER CYR,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>1:25-cv-00150-LEW |

### STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The parties have agreed to proceed with a short sale. The Plaintiff has stated that if the short sale is completed within six (6) months, all deficiencies will be waived.

2. The parties have requested another mediation session to be set for the first available date after January 21, 2026 and are awaiting scheduling information from the FDP Court.

Dated this November 25, 2025.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

    Dated at Portland, Maine, this November 25, 2025.

/s/ *Kevin J. Crosman*

_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff