UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>JENNIFER CYR,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>1:25-cv-00150-LEW |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. On January 26, 2026, the parties attended mediation. During mediation, the parties confirmed that the short sale was completed on December 16, 2025.

2. The Defendant has received a letter from Plaintiff confirming that the deficiency has been waived. Plaintiff intends to file a motion to dismiss with Defendant's consent.

Dated this February 23, 2026.

                                                  /s/ *Kevin J. Crosman*
                                                Kevin J. Crosman, Bar No. 4279
                                                Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

Dated at Portland, Maine, this February 23, 2026.

/s/ *Kevin J. Crosman*

_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff