UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br> Plaintiff, <br><br> v. <br><br> **JENNIFER CYR**, <br><br> Defendant, | CASE NO. **1:25-cv-00150-LEW** |

## STIPULATION OF DISMISSAL

Plaintiff United States Department of Agriculture and Defendant Jennifer Cyr, each through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the above-referenced action with prejudice and without costs to either party.

Dated: March 3, 2026

/s/ Kevin J. Crosman
Kevin J. Crosman, Esq.
10 Free Street, PO BOX 4510
Portland, ME 04112
T: 207-775-7271
E: KCrosman@jensenbaird.com

*Attorneys for Plaintiff*

Dated: March 3, 2026

/s/ Emma Halas-O'Connor
Emma Halas-O'Connor, Esq.
Pine Tree Legal Assistance
PO Box 547
Portland, ME 04112
207-400-3226
ehalasoconnor@ptla.org

*Attorney for Defendant*